779 So.2d 527 (2000)
William J. WHITE, Appellant,
v.
STEAK AND ALE OF FLORIDA, INC., a foreign corporation, d/b/a Bennigan's, Appellee.
No. 2D99-5043.
District Court of Appeal of Florida, Second District.
December 15, 2000.
*528 Anthony J. Laspada and Joseph A. Eustace, Jr., of Anthony J. Laspada, P.A., Tampa, for Appellant.
Charles Tyler Cone of Fowler, White, Gillen, Boggs, Villareal, Banker, P.A., Tampa, for Appellee.
STRINGER, Judge.
Appellant, William J. White, challenges a final judgment awarding fees and costs to appellee, Steak and Ale of Florida, Inc., pursuant to section 768.79, Florida Statutes (1993).[1] We affirm. See Mincin v. Short, 662 So.2d 1323 (Fla. 2d DCA 1995). We certify conflict with Perez v. Circuit City Stores, Inc., 721 So.2d 409 (Fla. 3d DCA 1998), review dismissed, 729 So.2d 390 (Fla.1999).
THREADGILL, A.C.J., and SCHEB, JOHN M., (Senior) Judge, Concur.
NOTES
[1] The injuries in this case occurred in December of 1993.